IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ) ) CR 99-143 |
| GERMAINE O. ALFORD, | ) ) ) |
| Defendant. | ) |

ORDER

AND NOW, this _20th_ day of _Dec_, 2005, upon Granting the Motion to Modify the Conditions of Supervised Release;

IT IS HEREBY ORDERED that the defendant shall be placed in a Community Correction Center for a period of 180 days.

It is further ordered that while the defendant is awaiting placement he shall report to his probation officer once a week and shall be required to participate in random drug testing.

It is finally ordered that the defendant shall be released from custody forthwith.

_Donetta W. Ambrose_
Donetta W. Ambrose
Chief United States District Judge

cc:  All Counsel of Record
     US Marshal
     US Probation
     Bureau of Prison